CANDICE L. FIELDS
Candice Fields Law, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
(916)414-8050
cfields@candicefieldslaw.com

Attorney for defendant
Tavarius Montgomery

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAVARIUS MONTGOMERY<br>Defendant. | CASE NO. 2:26-mj-0098-JDP<br>STIPULATION TO RESET DETENTION HEARING; [~~PROPOSED~~] ORDER<br>DATE: July 20, 2026<br>TIME: 2:00 p.m.<br>COURT: Duty Magistrate Judge |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant made his initial appearance on July 15, 2026. The government moved for detention, and the Court temporarily detained defendant and set the detention hearing for July 20, 2026. Dkt. No. 6.

2. A Pretrial Services interview was conducted on July 17, 2026. Additional time is needed for Pretrial Services and defense counsel to evaluate whether a release plan is feasible and, if so, to develop a plan for the Court's consideration.

3. On July 17, 2026, pursuant to communications from counsel, the Court vacated the July 20, 2026 hearing and directed the parties to file a stipulation and proposed order resetting the detention hearing before the duty magistrate judge. Dkt. No. 11.

4. Defendant requests that the detention hearing be reset for July 22, 2026, at 2:00 p.m., before the duty magistrate judge.

5. The requested continuance is sought by defendant and is within the period permitted by 18 U.S.C. § 3142(f)(2)(B).

6. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 20, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE VANEK
(authorization obtained on 7/20/2026)
NICOLE VANEK
Assistant United States Attorney

Dated: July 20, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
Tavarius Montgomery

[~~PROPOSED~~] ORDER

The detention hearing is reset for July 22, 2026, at 2:00 p.m., before the duty magistrate judge. IT IS SO ORDERED.

DATED: July 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE