FILED
August 17, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAVARIUS MONTGOMERY

Defendant.

Case No. 2:26-cr-0132 DC-4

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TAVARIUS MONTGOMERY Case No. 2:26-cr-0132 DC-4 Charges 21 USC § 841(a)(1) from custody for the following reasons:

______ Release on Personal Recognizance

______ Bail Posted in the Sum of $ ____________________

______ Unsecured Appearance Bond $ ____________________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): The Defendant's release is DELAYED until 9/4/2026 at 9:00 AM.

Issued at Sacramento, California on August 17, 2026 at 2:21 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney