CANDICE L. FIELDS
Candice Fields Law, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
(916)414-8050
cfields@candicefieldslaw.com

Attorney for defendant
Tavarius Montgomery

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAVARIUS MONTGOMERY<br>Defendant. | CASE NO. 2:26-cr-0132 DC<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [~~PROPOSED~~] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 22, 2022, the Court ordered defendant Montgomery released on two $1,500 unsecured bonds, with Pretrial Services supervision, and the special conditions of release. The defendant's release was delayed until a residential rehab bed became available. ECF 45.

2. After complications related to a local detainer were resolved, the defendant was ordered released from custody on September 4, 2026 when a treatment bed became available. ECF 57.

3. [Amended] Special Conditions of Release were order on August 17, 2026. ECF 59. Special Condition No 5, orders the defendant to participate in a program of medical or psychiatric treatment "[u]pon completion of the residential program. *Id*. However, the defendant

is being offered psychiatric treatment while he is participating in the residential program. Therefore, the parties stipulate to modify Special Condition No. 5 by removing "Upon successful completion of the residential program,". The remainder of Special Condition No. 5 should remain unchanged.

4. The government does not object to the continuance.

5. Defense counsel has confirmed with the sureties that they are amenable to this modification to the terms of supervised release.

IT IS SO STIPULATED.

Dated: October 15, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE VANEK
NICOLE VANEK
Assistant United States Attorney

Dated: October 15 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
Tavarius Montgomery

[~~PROPOSED~~] ORDER

Defendant Montgomery asks that he receive psychiatric treatment while at in residential rehabilitation. Special Condition No. 5 is hereby modified to remove the phrase "Upon successful completion of the residential program,". The remainder of Special Condition No. 5 shall remain unchanged.

IT IS SO ORDERED.

DATED: October 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE