CANDICE L. FIELDS
Candice Fields Law, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
(916)414-8050
cfields@candicefieldslaw.com

Attorney for defendant
Tavarius Montgomery

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAVARIUS MONTGOMERY<br>Defendant. | CASE NO. 2:26-cr-00132-DC<br><br>STIPULATION TO CONTINUE STATUS HEARING RE DETENTION; [~~PROPOSED~~] ORDER<br><br>DATE: November 25 2026<br>TIME: 2:00 p.m.<br>COURT: Duty Magistrate Judge |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 17, 2026, defendant was arraigned on a pretrial release violation. At that time, the Court ordered defendant temporarily detained pending test results.

2. Pursuant to defense counsel's request, the matter was continued for a status conference to be held on November 25, 2026.

3. Although test results have become available, additional analysis has been requested which, according to Pretrial Services, will take several additional weeks to complete.

4. Defendant therefore requests that the detention hearing set for November 25, 2026, be vacated and reset for December 14, 2026, at 2:00 p.m., before the duty magistrate judge.

5.. The government and Pretrial Services do not object to the continuance.

IT IS SO STIPULATED.

Dated: November 24, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE VANEK
(authorization obtained on 11/24/2026)
NICOLE VANEK
Assistant United States Attorney

Dated: November 24, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
Tavarius Montgomery

[~~PROPOSED~~] ORDER

The detention hearing is set for November 24, 2026, is hereby vacated and reset for December 14, 2026, at 2:00 p.m., before the duty magistrate judge.

IT IS SO ORDERED.

Dated: November 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE